**Gibson J. PERCK, Petitioner-Appellant,**

v.

**C. Murray HENDERSON, Warden, Respondent-Appellee.**

No. 30784

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 23, 1971.

Gibson J. Perck, pro se.

Jack P. F. Gremillion, Atty. Gen., State of La., Baton Rouge, La., for respondent-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.